*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Eric Stone
    Debtor(s)

Case No: 21–11493–amc

Chapter: 7

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*TELEPHONIC HEARING\*\*\*
Amended Voluntary Petition to Add Debtor 2, Lisa Stone Filed by JEFFREY M. CARBINO on behalf of Eric Stone

Parties are to
Dial 877–873–8017
Access Code 3027681#

on: 7/7/21

at: 12:30 PM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date: 6/17/21

Timothy B. McGrath
Clerk of Court